UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYUN SOOK KIM, ) | |
| ) | CASE NO. C07-994-RSM-MJB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF TRANSFER |
| DISTRICT DIRECTOR, CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  The district of confinement is the proper venue for a petition for writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner is presently confined at the McHenry County Jail in Woodstock, Illinois.  Woodstock is located within the venue of the Northern District of Illinois.  Accordingly, this case is

ORDER OF TRANSFER
PAGE -1

TRANSFERRED to the United States District Court for the Northern District of Illinois.  See 28 U.S.C. § 1404(a).

(3) The Clerk is directed to transfer this matter and terminate any pending motions from the Court's docket.  The Clerk is further directed to send copies of this Order to the petitioner, and to Judge Benton.

DATED this __20__ day of November 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER
PAGE -2